[883 NE2d 363, 853 NYS2d 537]

In the Matter of JAVIER R., an Infant. ROBERT R., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent, et al., Respondent.

Decided February 19, 2008

**APPEARANCES OF COUNSEL**

*Randall Carmel*, Syosset, for appellant.

*Michael A. Cardozo, Corporation Counsel*, New York City (*Scott Shorr* of counsel), for Administration for Children's Services, respondent.

*Legal Aid Society*, New York City (*John A. Newbery* of counsel), *Law Guardian*.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed, without costs. Under the circumstances of this case, the dismissal of the underlying neglect proceeding on consent subsequent to the Appellate Division order rendered the appeal to this Court moot. Thus, we do not have occasion to pass on the propriety of the Appellate Division determination.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.